IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MASONRY INDUSTRY TRUST
ADMINISTRATION, INC.,

                Plaintiff(s),

     v.

GENERATION PLASTERING, LLC,

                Defendant(s).

Civil No. 3:23-cv-01142-JR

**ORDER OF DISMISSAL**

IT IS ORDERED that the parties' Stipulated Motion for Dismissal [15] is GRANTED and this action is DISMISSED with prejudice and without an award of attorneys' fees or costs to either party.  Pending motions, if any, are DENIED AS MOOT.

Dated this 20th day of February, 2024.

                                              by    /s/ Jolie A. Russo
                                                      Jolie A. Russo
                                                      United States Magistrate Judge